# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CONRAY CARROLL**                                                                   **PETITIONER**
**ADC #110901**

**v.**                     **5:08CV00192-WRW-BD**

**LARRY NORRIS, Director,**                                  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Petitioner's petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice. Petitioner's Motion for Judgment on the Pleadings (Doc. No. 22) and Motion to Strike (Doc. No. 25) are DENIED as moot.

IT IS SO ORDERED this 19th day of November, 2008.

                                                         /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE