# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CONRAY CARROLL**                                                                                      **PETITIONER**
**ADC #110901**

**v.**                                   **5:08CV00192-WRW-BD**

**LARRY NORRIS, Director,**                                                                          **RESPONDENT**
**Arkansas Department of Correction**

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 19th day of November, 2008.


                                              /s /Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE